

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00379-CV

**IN THE INTEREST OF A.L.G AND E.B.G.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05217
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The Appellant's Motion for Continuance to file brief is GRANTED. The appellant's brief is due on September 11, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

Keith E. Hottle
Clerk of Court